| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DANA FAITH TRAVIS  SBN  245316<br>DONNA POULSEN TRAVIS  SBN  92357<br>THE TRAVIS LAW FIRM<br>4294 ORANGE STREET<br>RIVERSIDE,CA  92501<br>(951)274-9501<br>FAX (951)778-9621<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 01 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** craig    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

| In re:<br><br>ZULU ABDULLAH ALI<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:22-bk-11012-MH<br>CHAPTER:13<br><br>**ORDER ON OBJECTIONS TO CLAIMS**<br><br>DATE:7/28/2022<br>TIME: 11:00AM<br>COURTROOM: 301<br>PLACE: |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

***(NOTES FOR USE OF THIS FORM**: List claims in ascending numerical order based upon the clerk's claim number.  Use a separate box below for each claim.  Attach as many continuation pages as are necessary.)*

| Calendar Number:8 | Claim Number:20 | Claim Amount: $500,000.00 |
|---|---|---|
| Claimant Name: ROBIN FUNDING; ROBIN FUNDING GROUP, LLC |||
| ☒ Disallowed   ☐ Allowed   ☐ Unsecured: $   ☐ Priority: $ |||
| Comments: Late filed claim |||

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    F 3007-1.1.ORDER.OBJ.CLAIM

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured: $ | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured: $ | ☐ Priority: $ |
| Comments: | | |

###

Date: August 1, 2022

Mark Houle
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 2                              **F 3007-1.1.ORDER.OBJ.CLAIM**